IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GAVIN YEPA,

    Petitioner,

v.                                                                  No. 20-cv-1092 WJ-KBM
                                                                      12-cr-0163 WJ-KBM

UNITED STATES OF AMERICA,

    Respondent.

## ORDER TO SHOW CAUSE

This matter is before the Court follow the Government's failure to respond to Gavin Yepa's 28 U.S.C. § 2255 motion as directed. By a Memorandum Opinion and Order entered July 21, 2021, the Court (Hon. William Johnson) screened Yepa's § 2255 motion and determined it may be time-barred. (CV Doc. 4) (Screening MOO). Pursuant to local procedure, the Clerk's Office placed a copy of Yepa's § 2255 motion and the Screening MOO in the Government's in-box in July, 2021. The Screening MOO fixed deadlines for Yepa to file a show-cause response and for the Government to file a reply. The reply deadline was extended through December 21, 2021. (CV Doc. 9). The Government has not complied or entered an appearance in the civil habeas case.

**Accordingly, IT IS ORDERED** that within twenty-one (21) days of entry of this Order, the Government shall file a reply addressing timeliness and Yepa's show-cause response (CV Doc. 10) or show cause why the § 2255 motion should not be granted.

**IT IS FURTHER ORDERED** that the Clerk's Office shall **FORWARD** this Order to the United States Attorney's Office, ATTN: Niki Tapia-Brito.

_____
UNITED STATES MAGISTRATE JUDGE